**FILED**
CLERK, U.S. DISTRICT COURT ·

3/18/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CS _____ DEPUTY

Name: Ja'Naye Granberry

Address: 5846 Madden Ave

Los Angeles, Ca 90043

Phone: 310-806-3768

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Ja'Naye Granberry (formerly Sims) | CASE NUMBER: CV22-1870-ODW(PVC) |
|---|---|
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| Denis R. McDonough, Secretary, Department of Veterans Affairs | **COMPLAINT** |
| Defendant(s). | |

Introduction

The Plaintiff, Ja'Naye Granberry (hereinafter referred to as "PLANTIFF) has files a complaint Against the Greater Los Angeles, Veterans Healthcare Medical Center, Denis R McDonough, Secretary, Department of Veterans Affairs. Plaintiff Complaint is for violations of civil rights and civil liberties. This complaint lists a variety of violations occurring at the Department of Veterans Affairs in the Department of Surgical and Perioperative Care and committed by Supervisor Robert Lopez during a time an employee was engaging in a protected activity. Mr. Lopez pattern of retaliatory and harassing actions also resulted in a hostile work environment.

CV-126 (09/09)                    **PLEADING PAGE FOR A COMPLAINT**

Jurisdiction and Venue

United States District Court Central District of California

General Allegations of Fact

Mr. Lopez asked EEO office, Jamisa Hoare, in an email for information on retaliation because Plaintiff but him in an unmanageable situation.

Mr. Lopez gave plaintiff an unjustified negative evaluation and gave other employee with same circumstance as plaintiff a more favorable evaluation.

Mr. Lopez had plaintiff surveilled by another Supervisor and employees.

Mr. Lopez told his first line Supervisor that employee work was failing, and overtime should be taken away.

Mr. Lopez raised his voice at plaintiff.

Mr. Lopez fabricated false reports of failure on plaintiffs' performance rating.

Mr. Lopez changed the performance measures to include himself as a customer during the next performance evaluation.

Mr. Lopez created tension with other employees by asking them to do plaintiffs assignments.

Mr. Lopez treated the male staff more favorable than plaintiff.

Claim for Relief Retaliatory Harassment

One hundred thousand dollars for anxiety with treatment.

Twenty thousand dollars for career defamation.

One hundred thousand dollars for depression with medication treatment.

One hundred thousand dollars for exacerbated preconditions, hypertension with medication treatment.

One hundred thousand for insomnia with medication treatment.

One hundred twenty-five thousand dollars for degrading treatment.

Sixty thousand dollars for headaches, humiliation, and intimidation.

Ninety-five thousand dollars for impairment of relationship.

Fifty thousand dollars for low self-esteem with treatment.

2

**PLEADING PAGE FOR COMPLAINT**

## Claim for Relief Hostile Work Environment

One hundred thousand dollars for anxiety with treatment.

Twenty thousand dollars for career defamation.

One hundred thousand dollars for depression with medication treatment.

One hundred thousand dollars for exacerbated preconditions, hypertension with medication treatment.

One hundred thousand for insomnia with medication treatment.

One hundred twenty-five thousand dollars for degrading treatment.

Sixty thousand dollars for headaches, humiliation, and intimidation.

Ninety-five thousand dollars for impairment of relationship.

Fifty thousand dollars for low self-esteem with treatment.

## Claim for Relief Sex and Race

One hundred thousand dollars for anxiety with treatment.

Twenty thousand dollars for career defamation.

One hundred thousand dollars for depression with medication treatment.

One hundred thousand dollars for exacerbated preconditions, hypertension with medication treatment.

One hundred thousand for insomnia with medication treatment.

One hundred twenty-five thousand dollars for degrading treatment.

## Prayer for relief

Accordingly, Plaintiff request the Court require Defendant to pay the cost of bringing forth this case, the sum of requested relief as well as any other relief the Court deems appropriate. Restore employees leave of 152 hours. Grant plaintiff a two-grade promotion to a GS-9 and let it reflect in the SF-50.

## Jury Demand

Plaintiff hereby demands trial by jury as to all issue $750,000.00 to plaintiff.

3

**PLEADING PAGE FOR COMPLAINT**

DATED:  **March 18, 2022,**                    By: _____

                                                  JaNaye Granberry
                                                  Complainant In Pro Se

**PLEADING PAGE FOR COMPLAINT**

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident in the County of Los Angeles, State of California, I am over the age of 18 years.

On **March 18**, I served the within [on the party or parties named below, by placing the original or a true and correct copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

Maya Soloway
Department of Veterans Affairs
Office of General Counsel
Pacific District – South
11301 Wilshire Boulevard (02), Building 506
Los Angeles, CA 90073
(310) 268-3930 Phone
(310) 268-4596 Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing Proof of Service is true and correct and that this declaration was executed on **March 18, 2022,** Los Angeles, CA.

By: _____

**[ADD TITLE OF DOCUMENT]**